DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMAS LORENTZ,**
Appellant,

v.

**MATTHEW KRAC** and
**CHRISTINA KRAC DIMMOCK**,
Appellees.

No. 4D2023-0817

[December 7, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. COSO21-008881.

Tomas Lorentz, Davie, pro se.

Joshua Christensen, Lampariello Law Group, LLP, Royal Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***